IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MONIQUE TRENT, ADMINISTRATOR
OF THE ESTATE OF JESSE TRENT,

    Plaintiff,

v.                                          Civil Action No.: 3:24-cv-00804-JAG

ANTIONETTE IRVING, Individually and as
Sheriff for the City of Richmond, Virginia, *et al.*,

    Defendants.

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO UNSEAL EXHIBIT 1 OF PLAINTIFF'S COMPLAINT**

Defendant Sheriff Antionette Irving ("Sheriff Irving"), by counsel, and pursuant to Local Rule 5, submits this memorandum in support of its consent motion to unseal, and respectfully states as follows:

**INTRODUCTION**

1.    Monique Trent, as the Administrator of the Estate of Jesse Trent ("Plaintiff"), filed the Complaint (ECF No. 1) ("the Complaint") on November 13, 2024. Attached to the Complaint is Exhibit 1 (ECF No. 1-1) ("Exhibit 1"), which Plaintiff describes as "Trent's autopsy report." Compl. ¶ 4. Plaintiff filed Exhibit 1 under seal without adhering to the sealing procedures established by the Fourth Circuit or this Court's Local Rule 5. After the Parties conferred in good faith, Plaintiff consents to unseal Exhibit 1. For these reasons, the Court should unseal Exhibit 1.

**ARGUMENT**

2.    The Fourth Circuit requires that motions to seal: (1) provide public notice that allows an opportunity to object to the filing; (2) consider less drastic alternatives; and (3) include

a statement of specific findings in support of a decision to seal and rejecting alternatives to sealing. *See Ashcroft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000).

3. "Unless otherwise provided by law, Court rule, or prior order of the Court, no document or portion of a document may be filed under seal unless the filer has complied with the procedures set forth herein." Local Civ. R. 5(A).

4. Plaintiff did not file a motion to seal to Exhibit 1 as required by the Fourth Circuit in *Ashcroft* or Local Civil Rule 5. After the Parties conferred, Plaintiff consents to the relief sought by Sheriff Irving in the consent motion to seal. For these reasons the Court should unseal Exhibit 1 of the Complaint.

## CONCLUSION

5. For these reasons, Defendant Sheriff Antionette Irving, with the consent of Plaintiff, respectfully requests the Court to unseal Exhibit 1 of the Complaint.

Respectfully submitted,

SHERIFF ANTIONETTE IRVING

By: \_\_\_\_\_/s/_____
William W. Tunner, Esq. (VSB No. 38358)
Rachel W. Adams, Esq. (VSB No. 92605)
Daniel-Lester S. Edwards, Esq. (VSB No. 99337)
*Thompson*McMullan, P.C.
100 Shockoe Slip
3rd Floor
Richmond, Virginia 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
Email: wtunner@t-mlaw.com
Email: radams@t-mlaw.com
Email: dledwards@t-mlaw.com

*Counsel for Defendant Sheriff Antionette Irving*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all CM/ECF users.

    T. Noel Brooks, Esq. (VSB No. 48128)
    Jesse Baez, Esq. (VSB No. 85986)
    Erik Baines, Esq. (VSB No. 83618)
    Brooks & Baez
    9100 Arboretum Parkway, Suite 190
    Richmond, Virginia 23236
    Phone: (804) 570-7473
    Fax: (804) 548-4215
    Email: jbaez@brooksbaez.com
    Email: nbrooks@brooksbaez.com
    Email: ebaines@brooksbaez.com

    *Counsel for Plaintiff*

By: __/s/_____
    William W. Tunner, Esq. (VSB No. 38358)
    Rachel W. Adams, Esq. (VSB No. 92605)
    Daniel-Lester S. Edwards, Esq. (VSB No. 93377)
    *Thompson*McMullan PC
    100 Shockoe Slip, 3rd Floor
    Richmond, Virginia 23219
    Phone: (804) 649-7545
    Fax: (804) 780-1813
    Email: wtunner@t-mlaw.com
    Email: radams@t-mlaw.com
    Email: dledwards@t-mlaw.com

    *Counsel for Sheriff Antionette Irving*